UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOUTHWEST FLORIDA
VETERINARY SPECIALISTS
INCORPORATED, WENDY G.
ARSENAULT and MICHAEL J.
ARSENAULT,

    Plaintiffs,

v.                                                Case No.:  2:22-cv-539-JLB-KCD

PETVET CARE CENTERS
(FLORIDA), LLC,

    Defendant.
_____/

## ORDER

Defendant moves under Local Rule 1.11(c) to seal (indefinitely) a forthcoming motion for judgment on the pleadings and a motion to strike that attach copies of the parties' Asset Purchase Agreement and a report of Plaintiffs' expert. (Doc. 51.) Alternatively, Defendant requests to limit the duration of the seal to ninety days after the case is closed and all appeals are exhausted. Because the alternative request complies with Local Rule 1.11(f) ("No seal under this rule extends beyond ninety days after a case is closed and all appeals exhausted."), it will be granted.

Accordingly, it is **ORDERED**:

1. Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 51) is **GRANTED IN PART**.

2. The following documents may be filed under seal with the Clerk of Court. Redacted public versions of the motions may be filed, as requested.

    a. the forthcoming motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c);

    b. the parties' Asset Purchase Agreement ("APA") which will be attached as an exhibit to PetVet's forthcoming 12(c) Motion;

    c. the forthcoming motion to strike Plaintiffs' expert report and for a protective order limiting the scope of Plaintiffs' noticed depositions; and

    d. the report of Plaintiffs' expert, Courtney Crowley ("Crowley Report"), which will be attached as an exhibit to PetVet's forthcoming motion to strike.

3. The documents will be maintained under seal 90 days after the case is closed and all appeals exhausted.

**ORDERED** in Fort Myers, Florida this October 2, 2023.

*[signature]*

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record