```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

SOUTHWEST FLORIDA
VETERINARY SPECIALISTS,
INC.; WENDY G. ARSENAULT;
and MICHAEL J. ARSENAULT,

      Plaintiffs,

v.                                    Case No:   2:22-cv-539-JES-KCD

PETVET OPERATING, LLC,

      Defendant.

---

## ORDER

This matter comes before the Court on Defendant's Amended Motion to Dismiss (Doc. #148.)  Defendant previously filed a Motion to Dismiss, (Doc. #147), but at Plaintiffs' counsel's request, Defendant filed the amended motion "to clarify that this filing is [both] a Motion and Memorandum of Law," (Doc. #148, p. 1.)

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #147) is **DENIED** as **MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this  28th  day of April 2025.

                                               JOHN E. STEELE
                                               SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record