UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WENDELLA69, INC., f/k/a
SOUTHWEST FLORIDA
VETERINARY SPECIALISTS
INC.; WENDY G. ARSENAULT;
and MICHAEL J. ARSENAULT,

      Plaintiffs,

v.                           Case No:  2:22-cv-539-JES-DNF

PETVET OPERATING, LLC, f/k/a
PETVET CARE CENTERS
(FLORIDA), LLC,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Count II Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc. #162) filed on November 10, 2025. On October 24, 2025, the Court dismissed Count I of the Second Amended Complaint (Doc. #146) without prejudice as an issue for a neutral auditor and directed the parties to advise as to the status of Count II. In response, the parties have stipulated to the dismissal without prejudice of the remaining count. Normally, a plaintiff may only dismiss "an action" pursuant to Rule 41(a)(1) by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "A plain reading reveals that the Rule does not authorize the voluntary dismissal

of individual claims; rather, the Rule requires that a plaintiff dismiss the entire action." In re Esteva, 60 F.4th 664, 675 (11th Cir. 2023); Baxter v. Santiago-Miranda, 121 F.4th 873, 884 (11th Cir. 2024).

In this case, the only other count was dismissed by the Opinion and Order without prejudice. Therefore, the Court will accept the stipulation to the extent the parties have stipulated to the remaining count and no other matters remain pending. The case will be closed.

Accordingly, it is now

**ORDERED**:

The action is deemed dismissed without prejudice. The Clerk shall terminate all pending deadlines and motions, enter judgment, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of November 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record

- 2 -